# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Safe deposit box ▓▓▓ at Cambridge Bank and Trust,<br>20 International Drive, Portsmouth, New Hampshire | )<br>)<br>)   Case No. 1:19-mj-194-01-AJ<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Safe deposit box ▓▓▓ at Cambridge Bank and Trust, 20 International Drive, Portsmouth, New Hampshire.
See attachments A2 and B2.

located in the _____ District of ___New Hampshire___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachments A2 and B2 (attached and incorporated herein).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1957 | Money Laundering |

The application is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Sara Albert
*Applicant's signature*

SA Sara Albert, Department of Defense
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/23/2019

*Andrea K. Johnstone*
*Judge's signature*

City and state: Concord, New Hampshire

Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*